# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-83-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| AUSTIN KADE GOINGS, | |
| Defendant. | |

Upon Defendant Goings' Motion to Vacate the Detention Hearing;

IT IS HEREBY ORDERED that the Detention Hearing, presently set for Thursday, December 19, 2019, at 1:30 p.m., is VACATED.

DATED this 19th day of December, 2019.

_____
John Johnston
United States Magistrate Judge