# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 19-83-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| AUSTIN KADE GOINGS, | |
| Defendant. | |

Upon Motion of Counsel for Austin Kade Goings, there being no objection from the Government and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Austin Kade Goings is authorized an overnight stay in Helena, Montana on February 12, 2020.

DATED this 10th day of February, 2020.

_____/s/ Brian Morris_____
BRIAN M. MORRIS
UNITED STATES DISTRICT JUDGE