# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 19-83-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| AUSTIN KADE GOINGS, | |
| Defendant. | |

Upon Motion of Counsel for Austin Kade Goings, there being no objection from the Government and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Austin Kade Goings is authorized to be at the Browning Hospital on March 23, 2020, at 5:00 a.m., when his wife is scheduled to be induced, until March 25, 2020, at 5:00 p.m.

DATED this 19th day of March, 2020.

_____
Brian Morris
United States District Court Judge