# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-83-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| AUSTIN KADE GOINGS, | |
| Defendant. | |

Upon Motion of Counsel for Austin Kade Goings, there being no objection from the Government and good cause appearing;

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion (Doc. 30) is **GRANTED**. Defendant Austin Kade Goings is authorized to enjoy the Easter holiday with his biological family (mother, grandmother, sister, six nieces and Mr. Goings' two sons).

DATED this 10th day of April, 2020.

_Brian Morris_
Brian Morris, Chief District Judge
United State District Court