# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN KADE GOINGS,<br><br>Defendant. | Case No. CR 19-83-GF-BMM<br><br>**ORDER** |

Upon Motion of Counsel for Austin Kade Goings, the Government taking no position and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Austin Kade Goings is authorized to attend his son's birthday party at Misty Laplant's home on Sunday, May 17, 2020.

DATED this 14th day of May, 2020.

*/s/ Brian Morris*
Brian Morris, Chief District Judge
United States District Court

1