# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN KADE GOINGS<br><br>Defendant. | Case No. CR 19-83-GF-BMM<br><br>**ORDER** |

Upon motion of Defense Counsel, Thane Johnson, in open court on March 25, 2021, (Doc. 62) and with good cause shown,

IT IS HEREBY ORDERED that Thane Johnson will be withdrawn as counsel of record subject to the appointment of new counsel.

DATED this 25th day of March 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1