IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN KADE GOINGS,<br><br>Defendant. | Cause No.  CR-19-83-GF-BMM<br><br>**ORDER TO TRANSPORT DEFENDANT FOR SENTENCING** |

The Defendant, Austin Goings, has a right to appear personally for his sentencing hearing. *United States v. Ornelas*, 828 F.3d 1018, 1021 (9th Cir. 2016) (citing U.S. Const. amends. V, VI, XIV); Fed. R. Crim. P. 43(a)(3). Mr. Goings has not waived that right. Accordingly,

IT IS HEREBY ORDERED that the U.S. Marshals Service shall transport the Defendant from the Cascade County Detention Center to the Missouri River Federal Courthouse for his sentencing hearing on

April 28, 2021 at 3:00 p.m.

DATED this 16th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court